# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BEVERLY A. LIPTAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-05-411-SPS |
| ) | |
| JO ANNE B. BARNHART, ) | |
| **Commissioner of the Social Security** ) | |
| **Administration,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Opinion and Order entered herein on January 29, 2007, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the decision of the Commissioner of the Social Security Administration is REVERSED and this case is REMANDED for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** this 29th day of January, 2007.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**